AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:27 pm, November 07 2

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____CB_____Deputy

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| ERIK LEE MADISON | ) |
|  | ) |
|  | ) |
|  | ) |

Case No.   1:25-mj-02907-DRM

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 6 through 18, 2025___ in the county of ___Baltimore___ in the District of ___Maryland___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children |
| 18 U.S.C. § 2422(b) | Online Coercion and Enticement |
| 18 U.S.C. § 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Rachel Corn, FBI

_Printed name and title_

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   November 6, 2025

_Judge's signature_

City and state:        Baltimore, Maryland                Hon. Douglas R. Miller, U.S. Magistrate Judge

_Printed name and title_