AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>ERIK LEE MADISON<br><br>*Defendant* | )<br>)  Case No.  1:25-mj-02907-DRM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Erik Lee Madison
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of Children in violation of 18 U.S.C. § 2251(a) and (e);

Online Coercion and Enticement in violation of 18 U.S.C. § 2422(b); and

Cyberstalking in violation of 18 U.S.C. § 2261A(2).

Date: November 6, 2025

*Issuing officer's signature*

City and state: Baltimore, Maryland

The Hon. Douglas R. Miller, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/6/25, and the person was arrested on *(date)* 11/6/25
at *(city and state)* Halethorpe, MD

Date: 11/7/25

*Arresting officer's signature*

Special Agent Alex Evitts
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Erik Lee Madison

Known aliases:

Last known residence: 2716 Daisy Avenue, Halethorpe, Maryland 21227

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: 667-415-6879

Place of birth:

Date of birth: 05/19/2005

Social Security number: 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

Height: 5'10"     Weight: 180 lbs

Sex: Male     Race: White

Hair: Brown     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: FBI

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

1:25-mj-02907-DRM