

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

Paul E. Budlow                          Suite 400                          DIRECT: 410-209-4917
*Assistant United States Attorney*      36 S. Charles Street               MAIN: 410-209-4800
Paul.Budlow@usdoj.gov                   Baltimore, MD 21201-3119           FAX: 410-962-3091

December 10, 2025

<u>BY ECF</u>

The Honorable Matthew J. Maddox
United States District Judge
United States District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:     *United States v. Erik Lee Madison*, Crim. No. MJM-25-364

Dear Judge Maddox:

        I write on behalf of the parties in the above-referenced matter to provide a status report and to respectfully request that the Court set a status report deadline of January 23, 2026.

        On December 5, 2025, the defendant had his initial appearance. He has not yet been arraigned. The government expects the production of discovery to begin this week. Further, the parties have conferred and are not yet prepared to ask the Court to set a trial schedule. Rather, we ask that the Court set a status report deadline to afford the parties necessary time to evaluate the case and begin to conduct plea discussions.

        Yesterday, the government filed a Consent Motion to Toll Time Pursuant to the Speedy Trial Act (ECF 25), seeking a tolling of 45 days – until January 23, 2026. Accordingly, the parties respectfully request that the Court set a status report deadline of January 23, 2026.

                        Respectfully submitted,

                        Kelly O. Hayes
                        United States Attorney

                By: _____
                        Paul E. Budlow
                        Assistant United States Attorney

Cc:     All counsel (by ECF)