IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIK LEE MADISON,<br><br>Defendant. | CASE NO:   MJM-25-364 |

### ORDER

For all the reasons set forth in the *Government's Motion to Admit Evidence Pursuant to Rules 414 & 404B, and as Intrinsic Evidence to the Charged Counts,* Government's Motion (ECF No. 23) is GRANTED**.**

Dated this _____ day of December, 2025.

                                                                                    _____
                                                                                    Hon. Matthew J. Maddox
                                                                                    United States District Judge