**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CASE NO: MJM-25-0364** |
| **ERIK LEE MADISON** | |

**GOVERNMENT'S SENTENCING MEMORANDUM IN SUPPORT OF A SENTENCE OF 35 YEARS FOR ERIK LEE MADISON**

*"We will make her a human sacrifice literally"*
— Erik Lee Madison, November 16, 2024

*"My love for it is the feeling of absolute power*
*The feeling of taking someone's will to fight back away*
*The feeling of taking a normal person and turning them into a shell of who they use to be*
*I'm just being honest"*
— Erik Lee Madison, November 19, 2024

*"You just gotta look at it like this. They are animals."*
— Erik Lee Madison, November 19, 2024

*"I am going 2 end ur life myself if you don't fucking do it"*
— Erik Lee Madison, December 24, 2024

*"U r going 2 die*
*I promise"*
— Erik Lee Madison, January 3, 2025

*"i love this shit*
*I was going to leave actually*
*But then I started hearing her cries*
*I actually feel so fucking good*
*this is real extortion"*
— Erik Lee Madison, August 21, 2025

Erik Lee Madison sadistically coerced children to publicly cut themselves, write "signs" in their bodies and blood, and to engage in depraved sexual acts. This conduct standing alone is reprehensible, but Madsion recorded the victimization and used those recordings to further torture

the victims – sometimes to force the victims to continue to engage in the sadistic conduct, and sometimes to encourage the victims to harm others, including family members and pets. Madison also actively attempted to cause vulnerable minors to commit suicide.

Madison has a driving desire to be an infamous and notorious leader in the vilest groups on the darkest corner of the internet. He is a committed member of 764, a network of violent extremists whose predominant focus is forcing vulnerable minors to produce, share, and live-stream acts of self-harm, animal cruelty, sexually explicit acts, and suicide. He regularly bragged about his violent extortionate conduct and actively encouraged others to join and participate.

Almost as shocking as Madison's sadistic conduct is his complete lack of remorse and recognition of the seriousness of the crimes and the humanity of his many, many victims. For the reasons discussed below, the Court should impose a thirty-five-year sentence in this case.

## I. BACKGROUND

On March 25, 2026, the defendant pled guilty to Counts One and Seven of the indictment pending against him, charging him with Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a) and Cyberstalking, in violation of 18 U.S.C. § 2261A(2).

The sentencing hearing on this matter is scheduled for June 16, 2026. United States Probation Officer Danielle Sanger prepared the Presentence Report, which provides for a final offense level of 43, a Criminal History Category III, and an advisory guidelines of 40 years' (480 months') imprisonment. The government agrees with the guideline calculation in the Pre-Sentence Report (PSR).

### A. The Offense Conduct as Agreed by the Defendant in the Stipulated Facts

The facts in this case are truly disturbing and reflect the danger that the defendant poses to the public, and to children in particular. During the guilty plea hearing, the defendant, under oath,

admitted that the following facts were true:

> Erik Lee Madison ("Madison"), age 19 to 20 at the time of the offenses, is a resident of Halethorpe, Maryland. Madison was an adherent of "764", a group that, among other things, uses the internet to create and share extreme content such as gore, violence, child pornography, and engage in the extortion and blackmailing of typically vulnerable teenage victims. As detailed below, between no later than November 2024 and November 6, 2025, Madison used the internet to sexually exploit minor females and encouraged the minor females to engage in self-harm.
>
> Madison's conduct included the use of the internet to cause minor females to produce or stream sexually explicit conduct, to cut themselves with razors, to cut signs and words on their bodies, to use their blood to write various signs and Madison's monikers on a wall and then stream this conduct to Madison. Madison also encouraged victims to injure animals. Madison extorted the victims through a variety of methods, including threatening to harm the victims and the victims' families, threatening to "leak" or disseminate depictions of the victims engaging in cutting and sexually explicit conduct, threatening to "dox" the victims and family members, and threatening to "swat" victims and family members.[1]
>
> The minor females Madison exploited were from various locations inside and outside of the United States.
>
> **<u>Minor Victim 1:</u>**
>
> <u>Summary of Madison's Victimization of Minor Victim 1:</u>
>
> Madison exploited Minor Victim 1 between November 2024 and at least June 2025. Madison was aware that Minor Victim 1 was 15 years old the entire time she had contact with Madison. Madison communicated with Minor Victim 1 using multiple messaging and social media applications, including Discord. Madison used a variety of Discord usernames and accounts including violentcore, addyrall, rwaping, Throat, Fraud, and others. Using those accounts, Madison coerced Minor Victim 1 to use a razor blade to cut her body, including the cutting of signs and words at Madison's direction. Madison also caused Minor Victim 1 to stream sexually explicit videos depicting her masturbating her exposed genitals. Madison's exploitation of Minor Victim 1 included communication in Discord groups where Madison caused Minor Victim 1 to engage in cutting and sexually explicit conduct on Discord "servers" or groups where numerous other individuals were present. In February 2025, Madison traveled to Minor Victim 1's residence and engaged in intercourse with Minor Victim 1, which he recorded.

---

[1] Doxing refers to the publishing private or identifying information about a particular individual on the internet as a means to harass, shame or intimidate victims. Swatting refers to the making of false reports to law enforcement in an attempt to bring about the dispatch of a large number of armed law enforcement to a particular address.

Madison's Victimization of Minor Victim 1:

In November 2024, Minor Victim 1 was online "dating" another individual. On November 16, 2024, Madison joined the chat, and on the same day, demanded that Minor Victim 1 send videos of her cutting herself. Madison was aware that Minor Victim 1 had made the videos previously, and that the videos depicted Minor Victim 1 cutting herself and depicted Minor Victim 1's genitals. Madison threatened to "swat" Minor Victim 1's parents' homes if she refused to send the videos.

After they first met on Discord, Madison communicated with Minor Victim 1 daily. Madison coerced Minor Victim 1 to stream videos to Madison depicting Minor Victim 1 using a razor to cut herself, writing signs and names in her own blood, and to engage in sexually explicit conduct that exposed her genitals. Madison caused Minor Victim 1 to cut her tongue. Madison frequently threatened to "leak" Minor Victim 1's videos, which he recorded during the live streams. On more than five occasions, Madison directed Minor Victim 1 to engage in "esex," a term he used to refer to the live streaming of Minor Victim 1 engaged in sexually explicit conduct depicting her genitals.

With respect to Count 1, on December 9, 2024, using the Discord account, "violentcore" and the screen name "Throat," Madison initiated a sexual conversation with Minor Victim 1. During the conversation, Madison instructed Minor Victim 1 to "set the camera up and spread ur pussy."

Madison initiated two in-person meetings with Minor Victim 1 for the purpose of engaging in sex acts. The first meeting was on December 26, 2024, when Madison traveled to Minor Victim 1's residence. Madison met Minor Victim 1 outside of her residence and gave her gifts. Madison was aware that Minor Victim 1 was going to be admitted to a psychiatric hospital the next day, because Minor Victim 1's mother had discovered her suicidal writings. Madison was fully aware of Minor Victim 1's mental health challenges and suicidal thoughts. Minor Victim 1 was admitted to a psychiatric hospital as planned on December 27, 2024. After Minor Victim 1 returned home from the hospital in January 2025, Madison resumed his attempts to cause Minor Victim 1 to cut herself and engage in "esex."

Also in January 2025, Madison told Minor Victim 1 about his belief that he was being investigated by law enforcement and told her that he planned on deleting devices and changing accounts to avoid detection. On January 23, 2025, Madison messaged Minor Victim 1, using the Discord account rwaping, "If u cheat I will k u", and "If u ever give anyone info on me I will k u." On January 21, 2025, Madison sent the following message to Minor Victim 1, "[Minor Victim 1] I really do mean it", "If u ever betray me I am going 2 kill you and everybody in ur household."

On February 8, 2025, using the Discord account "addyrall," Madison referred to himself as "Throat," ("This is throat"), and told Minor Victim 1 that he had more videos of Minor Victim 1 cutting and naked than anyone else had of Minor Victim 1.

The following day, on February 9, 2025, Madison traveled to Minor Victim 1's residence and engaged in vaginal sex with Minor Victim 1 inside the residence. Madison used an iPhone to record the sex act. Madison was aware that Minor Victim 1 had not had intercourse prior to this encounter.

Madison continued to coerce Minor Victim 1 to live stream video of cutting and sexually explicit conduct in March 2025. In late March 2025, Minor Victim 1 was again admitted to a psychiatric hospital after disclosing that she had attempted suicide by overdose.

After her release from the hospital, Minor Victim 1 attempted to stop having contact with Madison. Madison then created numerous fake Instagram and other accounts to contact Minor Victim 1. Using these Instagram accounts, Madison threatened to send naked photos of Minor Victim 1 to her school and family. Madison also called Minor Victim 1's father on numerous occasions. On June 5, 2025, Madison called Minor Victim 1's father and said he was on his way to their house with a gun, and that he did not want "the feds involved" because he did not want to go to jail.

**Minor Victim 2:**

Madison exploited Minor Victim 2 between September 6, 2025 and September 8, 2025. Minor Victim 2 was 14 years old at the time. Madison communicated with Minor Victim 2 using the Discord account "baphome1," which is a reference to Baphomet.[2] Madison told Minor Victim 2 that his name was "Leo."

Madison told Minor Victim 2 that he was a member of "764." Madison communicated with Minor Victim 2 in group Discord chats with other individuals. Madison coerced Minor Victim 2 to use a razor blade to cut her body, including the cutting of signs and words at Madison's direction. Madison also caused Minor Victim 2 to stream sexually explicit videos depicting her genitals, including depictions of Minor Victim 2 using her hand and a hairbrush to touch her genitals.

On September 6, 2025, while on a video call, Madison caused Minor Victim 2 to cut herself and to use her blood to "spell LEO big."

On September 7, 2025, Madison asked Minor Victim 2 to stream live video depicting her genitals, including the following messages:

| | |
|---|---|
| Madison: | i loved how soaked your bed was |
| Minor Victim 2: | It was messy :3 |

[2] Baphomet is an occult symbolic goat-headed figure that is often used by Satanists. Depictions and references to Baphomet were observed in numerous images and videos in Madison's iCloud account and in his bedroom.

| | |
|---|---|
| Madison: | yeah and i will use you whenever i fucking want |
| Madison: | yeah change your name to leos whore on discord now |
| Minor Victim 2: | That good?? |
| Madison: | yeah |
| Madison: | goodlsut |
| Madison: | slut |
| Madison: | make sure you shave today |
| Madison: | i love you slut |
| Minor Victim 2: | I gotta go now because my parents are mad im on my phone |
| *** | |
| Minor Victim 2: | But there i shaved!!^^ |
| Madison: | awww |
| Madison: | look at that cute little pussy |

Madison threatened to harm Minor Victim 2 and her family, to "swat" her residence, and to send her videos and images out to her family and friends if she did not comply with his demands to stream cutting and sexually explicit videos.

**<u>Minor Victim 3:</u>**

Madison exploited Minor Victim 3 between September 5, 2025 and September 18, 2025. Minor Victim 3 was 14 years old at the time, and told Madison that she was 15 years old. Madison communicated with Minor Victim 3 on Roblox using the account Departed49, and then moved the communication to Discord, where he used the Discord account "baphome1." Madison told Minor Victim 3 that his name was "Leo" and that he was in the groups "764" and "Slit Town."

Madison asked Minor Victim 3 to use a razor blade to cut her body, including the cutting of signs and words at Madison's direction. Madison also asked Minor Victim 3 to live stream sexually explicit videos depicting her genitals. In a forensic interview, Minor Victim 3 stated that Madison showed her compilation videos that depicted other people using blood to write "Leo" on walls at Madison's direction, and that Madison paid her "Robux"[3] to coerce her to cut herself. Minor Victim 3 said that she wrote on the wall for Madison, but that she only pretended to cut herself and that she used red make up on the wall. Minor Victim 3 also disclosed that said that Madison told her that the "lowest age he would go" is 8 or 10 years old, and that Madison asked her to kill her sister's dog.

Madison sent the following messages to Minor Victim 3:

[3] Robux is a virtual in-game currency used on the Roblox platform, acting as in-game money for purchases. Robux can be purchased by users with U.S. currency, and can then be transferred between users.

<u>September 7, 2025:</u>

| | |
|---|---|
| Madison : | can you fuck your little pussy for me? |

<u>September 8, 2025:</u>

| | |
|---|---|
| Madison : | wanna esex? |

<u>September 9, 2025:</u>

| | |
|---|---|
| Madison : | you want me to ext you but you cant even cut properly |
| Minor Victim 3: | I told you my razors aren't sharp fag |
| Madison : | so, then cam up and play with your pussy |

Madison also sent the following messages to Minor Victim 3 that were intended to cause substantial emotional distress to Minor Victim 3:

| | |
|---|---|
| September 7, 2025: | Madison asked to see Minor Victim 3's cutting injuries. |
| September 9, 2025: | Madison told Minor Victim 3 that she can't cut properly |
| September 13, 2025: | Madison asks Minor Victim 3 to cut: "can you cut today" and to draw on the wall. |
| September 14, 2025: | Madison told Minor Victim 3 that he needs her to cut today and draw on the wall. |
| September 15, 2025: | After Minor Victim 3 live streamed to Madison what appeared to be her cutting. Madison told her that she did great. |
| September 16, 2025: | Minor Victim 3 and Madison discussed Minor Victim 3 cutting. |

**<u>Minor Victim 4:</u>**

Madison communicated with Minor Victim 4 between September 12, 2025 and September 14, 2025 as part of a group Discord chat. Minor Victim 4 was 13 years old at the time. Madison communicated using the Discord account "baphome1." Madison participated in a group chat that attempted to get Minor Victim 4 to cut herself and to

engage in sexually explicit conduct on video for the group. Over the course of the 2 days, Minor Victim 4 was asked multiple times to go on camera and cut herself and to expose herself. Minor Victim 4 was also asked to stab or burn a homeless person and hold up a paper that said "Leo MKY."[4] Members of the group, including Madison, threatened to expose Minor Victim 4's conduct and to swat her family. Madison's texts during these chats included the following:

| | |
|---|---|
| Madison: | they are about to see and your school is about to have cps involved |
| Madison: | its ok when your mother wakes up i will tell her everything |
| Madison: | you have so much more to worry about may i promise you |

After Minor Victim 4 threatened to call law enforcement, Madison wrote:

| | |
|---|---|
| Madison: | bitch if you dont start slitting your thighs i promise im going to make sure your mom knows what you do |
| Madison: | stupid whore |
| Madison: | watch |

**Minor Victim 5:**

Madison exploited Minor Victim 5 in 2025, including in August 2025. Minor Victim 5 was 15 years old at the time. Madison communicated with Minor Victim 5 on Telegram and Discord, where he used the Discord account "purgethemundanes." Madison coerced Minor Victim 5 to stream sexually explicit videos depicting her using her hand to touch her exposed genitals.

Madison's chats with Minor Victim 5 included group chat discussions where Minor Victim 5 discussed cutting herself. In one series of these group chats in August 2025, Minor Victim 5 said that she was in school at the time of the chat, and she stated, "i wanna pull up my sleeve but my whole arm is red" "because of … the cuts."

The following videos depicting Madison exploiting Minor Victim 5 were located in Madison's iCloud account (the search of this is discussed further below):

- A video file titled, "-1223292174282966172.mp4": The video is a recording of a live video chat between Madison and Minor Victim 5 that includes Minor Victim 5's username and Madison's user name, "Leo." The video depicts Minor Victim 5 naked, sitting on a bed with her knees bent and her genitals exposed. Madison instructs Minor Victim 5 as follows:

[4] MKY is Maniac Murder Cult, another NVE group founded by an individual in Ukraine.

> "Now listen, I want you to spread your legs again. Place your hand down onto your pussy. I want you to rub your clit for me. Very good. Keep going. Good. Good. You're doing so good for me.

The video then depicts Minor Victim 5 using her hand to touch her exposed genitals.

- A video file titled, "-3146014577452858084.mp4." The video is a recording of a live video chat between Madison and Minor Victim 5 that includes Minor Victim 5's username and Madison's user name, "Leo." The video depicts Minor Victim 5 naked, sitting on a bed with her knees bent as she digitally penetrates her vagina. Towards the end of the recording, the computer profile name "slushy roger" is visible.

**<u>Minor Victim 6:</u>**

Madison exploited Minor Victim 6 in September 2025 using the encrypted application Telegram. Minor Victim 6 was 15 years old. Madison coerced Minor Victim 6 to stream sexually explicit videos depicting her using her hand to touch her exposed genitals.

The following files depicting Madison exploiting Minor Victim 6 were located in Madison's iCloud account (the search of which is discussed further below):

- A video file titled, "ScreenRecording_09-05-2025 16-43-31_1. The video is a live video chat between two users, and one user has the camera turned off. The video depicts Minor Victim 6 masturbating her exposed genitals, with her Telegram display name visible at the end of the recording.

- A screenshot image file depicting Minor Victim 6's Telegram display name, username, and phone number. The screenshot also depicts images that were exchanged, including images depicting a leg with cuts on it, and red writing on a wall that says "Leo hates ur religion."

- A screenshot image file depicting a Telegram chat between Minor Victim 6 and another user. In the screenshot, Minor Victim 6 provided her PayPal account information to the other user.

**<u>Minor Victim 7:</u>**

Madison exploited Minor Victim 7 between at least September 4, 2025 and September 17, 2025. Minor Victim 7 was 14 years old at the time and Madison was aware that Minor Victim 7 was 14 years old at the time. Madison communicated with Minor Victim 7 on Telegram and Discord, where he used the account baphome1. Madison told Minor Victim 7 that his name was "Leo." Madison coerced Minor Victim 7 to stream sexually explicit videos.

Madison's Discord account baphome1 included a chat conversation between Madison and Minor Victim 7. Below is an excerpt from that conversation, which took place between September 4, 2025, and September 17, 2025:

| | |
|---|---|
| Madison: | is your father home? |
| Minor Victim 7: | Yes unfortunately |
| Madison: | ah i see |
| Minor Victim 7: | Leo I should give you his schedule |

***

| | |
|---|---|
| Madison: | hi [Minor Victim 7's name] |

***

| | |
|---|---|
| Minor Victim 7: | Why u leak me 2 melt<br>also why ru sending shit 2 abuse<br>He has stuff to leak mr now<br>Thanks for putting me in bad positions |

***

| | |
|---|---|
| Minor Victim 7: | Melts leading me<br>Make it stop<br>Pls<br>He showing the cat video thing |

The following files were located in Madison's iCloud account:

- Multiple videos depicting Minor Victim 7 naked from the waist down with her genitals and pubic area partially covered by a pillow. In at least two of the videos, Minor Victim 7's name is visible at the top of the recording. The titles of the videos all begin, "ScreenRecording_09-05-2025." Some of the video files depict cuts on Minor Victim 7's arms and legs.

- Multiple image files depicting Minor Victim 7 naked from the waist down with her genitals exposed. Some of the image files depict cuts on Minor Victim 7's arms and legs.

- A video file titled "-6463063294923507267." The video is a recording of a live Discord call between Minor Victim 7 and Madison. The username "Leo" appears

on the recording. The video, which was recorded in Minor Victim 7's bedroom, depicts Minor Victim 7, whose face is not visible, throwing a cat against the wall.

- An image file titled "IMG_7581.png." The image is a screen capture of a Telegram chat with Minor Victim 7, whose username is visible. In the chat, Minor Victim 7 says that she is 14 years old.

**Minor Victim 8:**

Madison exploited Minor Victim 8 starting no later than December 2024 and continuing through at least September 2025. Minor Victim 8 was 13 years old at the time they started communicating. Madison eventually became aware that Minor Victim 8 was 13 years old. Madison became aware of Minor Victim 8's real age when she was 14. Madison communicated with Minor Victim 8 using Roblox, Snapchat, and Discord. Madison used a variety of Discord usernames and accounts including rwaping, and others. Using those accounts, Madison coerced Minor Victim 8 to stream sexually explicit videos depicting sex acts, and videos depicting self-harm. Madison's iCloud account includes the following:

- A video depicting Minor Victim 8 holding up a sign that reads, "1378 Leo";[5]

- A video of Minor Victim 8 placing a numerous pills into her mouth as Madison demands that she confirm that she swallowed all of the pills;

- 2 videos depicting Minor Victim 8 using an object to masturbate her exposed genitals.

Madison's messages to Minor Victim 8 also included his encouraging Minor Victim 8 to "think about killing urself," encouraging her to "take the pills," demanding that she expose her genitals on video, and threatening to send the sexually explicit videos she created to her mother and to her school. Madison's messages to Minor Victim 8 included the following:

February 2, 2025:

| | |
|---|---|
| Madison | Do it |
| Madison | Take the pills |

| | |
|---|---|
| Madison | Iâ€™m not mad nigga Iâ€™m seeing [Minor Victim 1] tomorrow |
| Madison | ðŸ˜, |

[5] 1378 is another NVE with similar ideology. Madison's accounts and messages are replete with references to "1378."

| | |
|---|---|
| Madison | Anyways |
| Madison | Send me pictures |
| Madison | U r |
| Madison | Ur ugly asf |
| Madison | But u hate taking pics |
| Madison | ^ |
| Madison | So hurry up slut |
| Madison | And think about killing urself |
| Madison | Iâ€™d love u if u did |
| Madison | |
| Madison | Fucking nigger |
| Madison | I never loved u |
| Madison | Talk now |
| Madison | Or Iâ€™m going 2 send ur mom ur nasty unshaved pussy |

| | |
|---|---|
| Madison | Do it lmao just watch what happens whore |
| Minor Victim 8 | or do u wanna throw ur life away over a 13 year old girl |
| Madison | Uu donâ€™t have 2 worry about letting anyone down trust me |

| | |
|---|---|
| Madison | I am going 2 come 2 u |
| Madison | So u better fucking hope they get me |

<u>On February 3, 2025:</u>

| | |
|---|---|
| Madison | Iâ€™m going 2 call u |
| Madison | U r going 2 turn ur camera on |
| Madison | |
| Minor Victim 8 | y u ain't respond |
| Madison | |
| Madison | Fuck u |
| Madison | <@1260333949109010482> |
| Madison | I fucking hate u |

| | |
|---|---|
| Minor Victim 8 | idk why |
| Madison | Ur fucking trash thatâ€™s y |
| Minor Victim 8 | no |
| Madison | Yeah ur fucking garbage |
| Madison | |
| Madison | Play with ur pussy and donâ€™t put ur face in view |
| Madison | Ok bitch |

| | |
|---|---|
| Minor Victim 8 | imm cookeddd |
| Madison | Itâ€™s cool lol bro when ur mom bust through ur door and takes ur shit |
| Minor Victim 8 | im cooked bro |
| Madison | And ur dad ridicules u for being a slut think about how u shouldâ€™ve kept ur mouth shut |
| Madison | And when everyone around the school is talking about ur nudes |
| Madison | Think about how u shouldâ€™ve stfu |
| Minor Victim 8 | help so liam |
| Minor Victim 8 | when the fbi comes busting through ur door |
| Minor Victim 8 | think abt |
| Madison | ðŸ’€ |
| Minor Victim 8 | how u shouldve let a 13 yr old girl alone |
| Madison | Sure |
| Minor Victim 8 | jk bae i love u tm 2 do that |
| Madison | The lies r insane |

**Minor Victim 9:**

Madison exploited Minor Victim 9 between in August 18, 2025 and August 20, 2025. Minor Victim 9 was 13 years old during the time she had contact with Madison. Madison communicated with Minor Victim 9 using the Discord account "purgemundanes." Using Discord, Madison coerced Minor Victim 9 live stream video of Minor Victim 9 topless, cutting her tongue with a razor. Madison recorded the conduct and distributed the conduct to another Discord user (referred to as "Discord User" below). After Madison distributed the image to the other Discord user, they engaged in the following chat:

Discord User: Leo u made her cut?

| | |
|---|---|
| Madison: | yeah for free |
| Discord User: | where? |
| Madison: | tits |
| Discord User: | ur name?<br>or sthn else |
| Madison: | i mean she cut jer tongue myb<br>and spit blood on her tits |
| Discord User: | howd u get her to cut |
| Madison: | she loves me<br>just love bombed her for like a few hours: |
| Discord User: | nigga she loves everyone |
| Madison: | and asked her to do it<br>yeah ik shes ez [in this context, this phrase was intended to mean "yeah I know she's easy"] |

**<u>Minor Victim 10:</u>**

Madison exploited Minor Victim 10 between August 20, 2025 and August 21, 2025. Madison was aware that Minor Victim 10 was 14 during the time she had contact with Madison. Madison communicated with Minor Victim 10 using the Discord account "purgemundanes." Using Discord, Madison coerced Minor Victim 10 to live stream sexually explicit videos depicting Minor Victim 10 using her hand to touch her exposed genitals.

Madison engaged in the following chat with Minor Victim 10 (the below is excerpted from a Discord chat between Madison and Minor Victim 10 on August 20, 2025 and August 21, 2025):

| | |
|---|---|
| Minor Victim 10: | leo |
| Madison: | Wsp<br>lets call |
| Minor Victim 10: | ok |

***

| | |
|---|---|
| Madison: | I am very proud of you<br>You've done so good for me |
| Minor Victim 10: | oki |
| Madison: | How old are you |
| Minor Victim 10: | 14 |
| Madison: | Ok you will be fine |
| Minor Victim 10: | im laying down |
| Madison: | Good<br>I think you looked beautiful |
| Minor Victim 10: | we call |
| Madison: | Yes |

***

| | |
|---|---|
| Madison: | Keep making them<br>Do not stop<br>In the next one you send finger it really fast<br>And moan my name |
| Minor Victim 10: | i cum |
| Madison: | Yes show me |

***

| | |
|---|---|
| Madison: | Did you record you cumming |
| Minor Victim 10: | ok |

**Victim 11:**

In April 2025, Madison contacted Minor Victim 11 on Instagram. Madison told Minor Victim 11 that he had the sexually explicit videos that she sent him 4 years earlier, when she was 16 years old. Madison threatened to disseminate the videos if Minor Victim 11 did not send him new depictions of her engaged in sexually explicit conduct. Madison sent the following messages using the Instagram account "Trackmeguys" (the emoticon in the below quotations matches emoticon appearing in the actual communications):

- "How would u like 2 see ur ugly ass girlfriend play with her pussy and Nipples for em"
- "😂I guess I'm bluffing does her pussy still bleed when she gets penatrated?"
- "i have that video that [another person's name] had of you using the dildo And then you started bleeding"
- "I got it from a while ago I was just bored today so i decided to bother you"
- "i have no patience for this so if u r not going 2 do it i willl just send it 2 [Victim 11's boyfriend]"
- "And let him see for himself u fucking urself like a little dog"
- "U rather go through the embarrassment all over again"
- "what if i got [another person's name]"
- "What if i dm [another person's name]"
- "And he comes 2 u instead"
- "Like he leaks u"
- "Whatever im not going to sit here and go back and fourth with u"
- "R u sending them or not"
- "I want 2 see that phat tight pussy u have"
- "So send it
- "And ill leave"
- "I want 2 spead ur pussy lips open and suck ur beautiful clit"
- "And then slap my dick onto ur pussy"
- "While holding ur throat"

**Madison's iCloud Account:**

On September 17, 2025, a federal search warrant was executed on Apple for Madison's iCloud account, emadison519@icloud.com and DS ID: 21141624151. The files described above were located during the search of the files contained in Madison's account. The iCloud account included the files referenced above, as well as the following:

- Numerous screenshot image files of Minor Victim 1 in the deleted folder. The images depict Minor Victim 1, clothed, taking a selfie in a mirror by herself, and taking a selfie with another male.

- Numerous images and videos where the name "Leo" was observed, including a video titled, 9202854341222041349.mp4. The video depicts red writing on a wall that read, "Leo 764 skin creep bleach dawn," and "I gave my soul to Leo." The video also depicts images of numerous females with the word "Leo" written on their bodies in red.

- Images and videos that included depictions of Baphomet.

- Numerous images depicting Madison.

**November 6, 2025 Search Warrants:**

On November 6, 2025, a federal warrant was executed at Madison's residence in Baltimore County, Maryland and on his person. During the search of Madison's bedroom, several documents were located, including documents with the words: "Horror House," "Leo," "NMK," and "Heil Satan."

The following digital devices were seized during the searches on November 6, 2025:

- White Apple iPhone 15, S/N: JVQ3QHWDH2 (seized from Madison's person);

- Cyber Power PC model C Series CEC model, C545021MB478119 (from Madison's bedroom); and

- Black Apple iPhone SE, s/n: CLQ5MW126D.

The username of the Cyber Power PC at the login screen was "slushy roger."

Madison's iPhone 15 was manually reviewed during the search and found to include passwords for Madison's Roblox and Discord accounts, as well as email addresses and phone numbers that Madison used to communicate with the minor victims and/or other Discord users.

The images and videos described above were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. The phones and computers used by Madison to coerce and entice the victims to engage in sexually explicit conduct and to engage in self-harm were made outside of Maryland. Madison used a facility and means of interstate commerce, to persuade, induce, entice, and coerce the victims listed above to engage in sexual activity, and that he could have been charged with a criminal offense for that activity.

With the exception of Minor Victim 1, the minor victims described above were located outside of Maryland, and Madison exploited the minor victims using computers and the internet in the District of Maryland.

Doc. 38, at 14-28 (Plea Agreement & Stipulated Facts).

### B. <u>Madison's Membership in 764</u>

Madison's sexual exploitation of children and his encouraging children to cut themselves were means to express, in action, his ideological commitment to 764 and related extremist groups

with which he is affiliated.[6] Madison's membership in 764 and related groups, as well as his status in that network constitute relevant conduct that fall within the types of evidence the Court should consider in imposing its sentence. *See* 18 U.S.C. §§ 3553(a), 3661. 764 members, like Madison, are violent extremists that prey on marginalized communities. *See* FBI, Violent Online Networks Target Vulnerable and Underage Populations Across the United States and Around the Globe, (March 6, 2025). Child exploitation and child pornography offenses are not a coincidence but a facet of the 764 ideology. *See* Global Network on Extremism & Technology, 764: The Intersection of Terrorism, Violent Extremism, and Child Sexual Exploitation (Jan. 19, 2024) ("Although the press surrounding this group has focused primarily on child exploitation materials produced by members, the network's ultimate goal is to groom individuals for acts of terroristic violence.").

As discussed below, Madison touts his membership in the 764 network through his extreme conduct and his collection of 764 imagery and "cutsigns." 764 and related NVE's are not just Madison's ideology – they are his identity. His membership in 764, and his use of heinous child exploitation and gory child abuse to demonstrate his commitment to the group, takes this case well outside the heartland of child exploitation crimes. Madison weaponized child exploitation depictions that he produced and other gruesome content to victimize the young and vulnerable members of our communities, all to gain notoriety within a network of individuals who seek to destabilize society, cause social unrest, and accelerate the downfall of the world order.

[6] Nihilistic Violent Extremists (NVEs) are individuals who engage in criminal conduct within the United States and abroad, in furtherance of political, social, or religious goals that derive primarily from a hatred of society at large and a desire to bring about its collapse by sowing indiscriminate chaos, destruction, and social instability. NVEs work individually or as part of a network advancing their goal of destroying civilized society through the corruption and exploitation of vulnerable populations, which often includes minors. In addition to 764, Madison was also affiliated with the related groups referred to as SlitTown, ST, NMK (nazi affiliated), and The Com. Madison was also a devoted follower of 09A, discussed in more detail below.

### C. Madison's Role as a Leader and a Notorious Member of 764

Throughout Madison's online communications with other members of the NVE community, it is clear that he is proud of his involvement in 764, often referring to himself as "OG 764," and bragging that he has been involved with 764 and other NVE's for *8 years*. His Telegram username was frequently "09A cunt,"[7] and many of the chats were NVE specific, such as the chat titled, "SlitTown chat." Third party collection of Telegram messages include the following messages sent by Madison using the name "09A cunt":

| Date | Message |
|---|---|
| 9/16/25 | The last true owner of 764 was Riley |
| 9/16/25 | I will murder you |
| 9/16/25 | Sure I can kill you and rape your dead body |
| 9/18/25 | You have to se your members and groom people into doing irl now |
| 9/20/25 | Arson tonight in NMK ANNC |
| 9/21/25 | Literally rage baited her into leaking her own pussy |
| 9/21/25 | Abuse dm me Iâ€™ll send you her leaks |
| 9/21/25 | Nah we got more last night I se her into leaking more |
| 9/21/25 | This nat bitch will look back one day and realize her life was a joke and hopefully she becomes suicidal |
| 9/22/25 | tell them to poll me and him **OG rival/leo 764** |
| 9/22/25 | Iâ€™ll just go back to editing com and **remain untouched yet again** |
| 9/25/25 | I also want to fuck 3 year olds do you feel special? |
| 9/26/25 | So you donâ€™t think I still have the clips? |
| 9/26/25 | I was 764 RIVAL/XV |
| 9/26/25 | Nigga I came out of retirement joined every group and then dipped<br>I came back for just a bit ran up content and realized how ass this shit is now<br>Because I quit com to preach to young children ( I rape them) |
| 10/6/25 | this is literal fed bait no clue why niggas wanna be 764 so bad in 2025 |
| 10/6/25 | extortion com is dead |
| 10/6/25 | if you have me saved as leo or rival as a contact change the name to |

[7] O9A refers to the Order of Nine Angles, a Nazi Satanist group that Madison proudly identifies with.

| Date | Message |
| --- | --- |
| | "..' now |
| 10/8/25 | Is this to store images videos and so on or could I also use this to communicate with people |
| 10/8/25 | Ok and last thing are you sure the data is encrypted and canâ€™t be accessed by outside sources |
| 10/9/25 | Slitowns ass |
| 10/9/25 | I leaked the roster too |

In a chat between Madison and another Discord user, referred to in this memorandum as "Discord User2,"[8] the pair discuss all manner of 764 activity and ideology, including extorting minors by "gathering content," causing multiple minors to engage in cutting, swatting, animal cruelty, trading victims to each other, and attempting to cause minors to commit suicide (discussed in more detail below). They also discuss their prior involvement with law enforcement and strategies to avoid law enforcement. Below are a few examples of Madison's communication with Discord User2:

| Date | Sender | Message |
| --- | --- | --- |
| 11/14/24 | Madison | I know Iâ€™ve said it a thousand times but brother we will own this all |
| 11/14/24 | Discord User2 | we are going to bigger / than any other group |
| 11/14/24 | Madison | Ong we are |
| 11/14/24 | Madison | Lucifer is granting us what we need i feel so good |
| | | |
| 11/15/24 | Discord User2 | we needa a good vic nigga |
| 11/15/24 | Madison | I mean it I want 2 see meat next victim |
| 11/15/24 | Madison | I mean it bro we gotta make that bitch bleed everywhere |
| | | |
| 11/15/24 | Madison | I have 2 do something [Discord User2's moniker] Something that will have my name ringing more then 646 itself |

[8] Discord User2 is the user that introduced Madison to Minor Victim 1 in November 2024. Additional details about Madison and Discord User2's exploitation of Minor Victim 1 are discussed below.

| Date | Sender | Message |
|---|---|---|
| | | |
| 11/15/24 | Madison | Not worry about shit everything will come naturally once we get more and more victims |
| 11/16/24 | Madison | We need a bitch asap for slit town im not giving up [Minor Victim 8's first name] |
| | | |
| 11/16/24 | Madison | We r gods |
| | | |
| 11/18/24 | Madison | Get her super high so it lessens her awareness |
| | | |
| 11/18/24 | Discord User2 | we need a gc |
| 11/18/24 | Discord User2 | of js pure vics |
| 11/18/24 | Madison | A bit more violent |
| | | |
| 11/19/24 | Madison | If we dox a fed |
| 11/19/24 | Madison | We are gonna be talked about |
| 11/19/24 | Madison | Instead of Feds hunting us we hunt them |
| 11/19/24 | Discord User2 | ok bet |
| 11/19/24 | Madison | We will show these niggas |
| 11/19/24 | Madison | We are the ones in control |
| | | |
| 11/19/24 | Madison | Do you know the order of nine angles ? |
| 11/19/24 | Madison | I trust you |
| 11/19/24 | Madison | And want you 2 learn more about it |
| 11/19/24 | Madison | I was introduced 2 it by original 764 |
| 11/19/24 | Madison | In 2020 |
| 11/19/24 | Madison | Imma show you some teachings of the o9a |
| 11/19/24 | Madison | A lot of it is wiped from the internet because of how influential it is with crimes |

And this exchange, immediately after exploiting Minor Victim 8 on November 19, 2024:

| Sender | Message |
|---|---|
| Discord User2 | i want you to know that was hard to watch |

| Sender | Message |
| --- | --- |
| Discord User2 | it might be because im high |
| Discord User2 | BUT JUST KNOW |
| Discord User2 | IM A REAL ASS NIGGA FOR LETTING YOU DO THAT |
| Discord User2 | I AINT THINK YOU WAS FR |
| Discord User2 | LMAOOO |
| Madison | Hard 2 watch like you felt sick? |
| Discord User2 | cringe |
| Discord User2 | not sick |
| Madison | If you didnâ€™t want it to happen donâ€™t ever feel like you canâ€™t speak up just donâ€™t do it in front of the Vic |
| Madison | But that only applies for you |
| Discord User2 | nah |
| Madison | I will not view you as soft |
| Discord User2 | i dont care |
| Discord User2 | it happened |
| Discord User2 | i just didnt think |
| Discord User2 | you were being fr |
| Discord User2 | i thought yu was finna scare her again |
| Madison | You will get use 2 it |
| Madison | Itâ€™s just natural human function |
| Madison | But the more you desensitize |
| Discord User2 | ian feel sick but |
| Madison | The less it becomes cringe |
| Discord User2 | idk |
| Discord User2 | [Minor Victim 8's first name] is breaking a window |
| Madison | You donâ€™t feel right do you? |
| Discord User2 | or punching [Minor Victim 8's younger sister] |
| Discord User2 | no ifeel fine now |
| Discord User2 | js in the moment |
| Madison | Ts |
| Discord User2 | desensitizing nigga |
| Discord User2 | like at first |
| Discord User2 | i was like |

| Sender | Message |
|---|---|
| Discord User2 | i was thinking |
| Discord User2 | bro is she gon be able to smoke after? |
| Discord User2 | then i was like ai we cool |
| Discord User2 | you said keep going |
| Discord User2 | i was like ohhh nigga |
| Discord User2 | shi looked like it hurt a lil |
| Discord User2 | nigga when you left she was just shakintg |
| Discord User2 | when we make someone |
| Discord User2 | do they neck |
| Discord User2 | im forcing myself to watch it like a solider |
| Madison | **You just gotta look at it like this** |
| Madison | **They are animals** |

Regarding his goal to be the high-ranking member of 764, Madison engaged in this exchange with another user on November 23, 2024:

| Sender | Message |
|---|---|
| Madison | We are running this shit |
| Madison | We are gods |
| Other user | literally |
| Madison | Holy fuck |
| Madison | I love this |
| Other user | i told youu to trust bro |
| Other user | i felt it |
| Madison | Brother |
| Madison | We are going 2 be the best |
| Madison | And once we are at the top |
| Madison | We will just dip |
| Madison | And stay in contact |

The next day, Madison bragged about his years victimizing girls through 764 activities:

| Sender | Message |
|---|---|
| Other user | sounds like you got a big ego |
| Madison | How could I not |
| Madison | 8 years untouched |

On August 18, 2025, Madison explained that his desire to rape and control minors:

| Sender | Message |
|---|---|
| Other user | What is it with comboys and rape |
| Other user | Are u a satanist? |
| Madison | **My love for it is the feeling of absolute power** |
| Madison | **The feeling of taking someoneâ€™s will to fight back away** |
| Madison | **The feeling of taking a normal person and turning them into a shell of who they use to be** |
| Other user | Okay Edgelord |
| Madison | You asked me? |
| Madison | Iâ€™m just being honest |
| Madison | Others like do it for an aesthetic |
| Madison | I just really find everything I listed above super hot |

On August 21, 2025, Madison sent the following messages, further describing his enjoyment of torturing girls:

| Sender | Message |
|---|---|
| Madison | **i love this shit** |
| Madison | I was going to leave actually |
| Madison | But then I started hearing her cries |
| Madison | I actually feel so fucking good |
| Madison | this is real extortion |
| Madison | Got this bitch sick to her stomach |
| Madison | with no fucking info on her watsoever |
| Madison | this shit is going in the 646 intro edit bro |
| Madison | pure fucking gods we are |

### D. Additional Details of Madison's Exploitation of Minor Victim 1

Discord User2, mentioned above, is the user referenced in the stipulated facts that Minor Victim 1 thought she was "dating," prior to being exploited by the pair. The chats between Madison and Discord User2 were extensive. In the 15 days between November 12, 2024, and November 24, 2024, the two exchanged 1,963 chats. In their chat on the evening of November 16, 2024, which was immediately prior to Madison's first communication with Minor Victim 1, Madison and Discord User2 discuss their plan to extort Minor Victim 1 with the apparent goal of getting her to commit suicide.

| Sender | Message |
|---|---|
| Madison | **This will be ur First?** |
| Discord User2 | Yeah |
| Madison | Do you think she will really do it |
| Discord User2 | she's been raped twice<br>extorted before<br>parents divorced<br>addicted to cutting herself |
| Madison | lmao |
| Discord User2 | she might do it<br>i might shed a tear<br>i dated this girl for like 6 months |
| Madison | **We will make her a human sacrifice literary<br>Literally** |
| Discord User2 | whens its time<br>its has 2 be only us<br>im not taking chances w that |
| Madison | No slittown |
| Discord User2 | if you get fedded just know im raining hell on every fed<br>I come across |
| Madison | **same here** |

Madison and Discord User2 continued to chat and congratulate themselves while they exploited Minor Victim 1 that first night, and then again the next day:

| Sender | Message |
|---|---|
| Discord User2 | shes gonna use her dildo |
| Madison | Ok |
| Discord User2 | lets torture her |
| Madison | Good |
| Discord User2 | for a lobg |
| Discord User2 | time |
| Discord User2 | i wanna make it |
| Discord User2 | so she begs us |
| Discord User2 | to let her |
| Madison | Yes break her completely |
| Discord User2 | finger herself n shit |
| Madison | Exactly make her love us |
| Madison | Me n u specifically or just u if thatâ€™s what u want |
| Discord User2 | hopefully both |
| Madison | We can |
| Discord User2 | shes beggine me for mercy rn |
| Discord User2 | ive js been breaking her this whole time |
| Madison | We should both vc her |
| Discord User2 | ok |
| Discord User2 | ill have her to go the bathroom |
| Discord User2 | and play w herself rn |
| Madison | Make a gc just me and you |
| Madison | No |
| Madison | Letâ€™s talk 2 her |
| Discord User2 | i already sent her to the bathroom |
| Madison | Everything is fallen into place |
| Madison | Lmao [Discord User2] |
| Madison | We are taking over |

During a chat with Minor Victim 1 and Discord User2 on November 17, 2024, the day they first met, Madison threatened Minor Victim 1:

| Sender | Message |
|---|---|
| Discord User2 | she likes taking walks to the park |
| Minor Victim 1 | im always w my boyfriend when i go out now |
| Madison | **ðŸ'€you think he will protect u?** |

### E. Examples of Madison's Regular Threats of Violence to Victims, Attempts to Cause Suicide, Cruelty to Animals, and Other Shocking Conduct

In addition to the chat above discussing getting Minor Victim 1 to commit suicide, Madison frequently discussed his desire to cause a minor victim to kill herself as he and others watched. On December 13, 2024, Madison discussed putting girls on a Discord "suicide stage" for other users to watch a suicide:

| Sender | Message |
|---|---|
| Madison | Suicide stage |
| Madison | Me and Cory |
| Discord User2 | Gory |
| Discord User2 | Invite me wtf |
| Madison | I left the stage I was up there for a good minute but it got boring doubt sheâ€™s gonna get on cam |

On December 5, 2024, Madsion made the following comments to a victim:

| Sender | Message |
|---|---|
| Madison | How did punching your sister feel? |
| Madison | Lucky [Discord User2] did it because if it was me her face would be fucking broken |

On December 24, 2024, Madison and Discord User2 discussed their desire to cause a victim to commit suicide without getting caught:

| Sender | Message |
|---|---|
| Madison | I just donâ€™t want her around |
| Madison | Sheâ€™s going 2 end up offing herself |

| Sender | Message |
|---|---|
| Madison | And thatâ€™s not good for us at all |
| Madison | Trust me |
| Discord User2 | i told you |
| Discord User2 | she begs me to die |
| Discord User2 | in my dms |
| Madison | Get her 2 leave |
| Madison | Or we are fucked |
| Madison | Maybe if we did it when we first met her |
| Discord User2 | i lost feelings for her |
| Madison | **But now itâ€™s 2 hot** |
| Discord User2 | it might hurt a little |
| Discord User2 | you wanna go through w this? |
| Madison | No |
| Madison | I mean I want her to leave |
| Madison | Not die |
| Madison | If she dies we are fucked |
| Madison | Do you understand that ? |
| Madison | **Because the feds know her** |
| Discord User2 | she wont kill herself |
| Discord User2 | untill i tell her to |
| Discord User2 | i see what your saying tho |
| Discord User2 | shes unstable |
| Discord User2 | as fuck |
| Madison | Canâ€™t stand that weepin kid talking 2 him just makes me so mad bro |
| Discord User2 | what did you tell [Minor Victim 1's first name] |
| Madison | 2 leave |
| Madison | What is best for you and me |
| Discord User2 | ok |
| Madison | Trust me |
| Madison | I wouldnâ€™t do anything that isnâ€™t beneficial for us |
| Discord User2 | i lowkey wanted to catch one |

| Sender | Message |
|---|---|
| Madison | **We have 2 do it 2 someone that isnâ€™t already being investigated** |

On January 26, 2024, also told another user, "I sometimes hate how I live and then other times donâ€™t care and then other times feel bad and then other times love hurting people". The same day, he said the following to a victim:

| Sender | Message |
|---|---|
| Madison | I am going 2 really ruin u |
| Madison | I will personally come 2 u I swear I will |
| Madison | U arenâ€™t far |
| Madison | I am not some little internet fuck that is scared 2 take acton irl |
| Madison | I will burn ur fucking house down |
| Madison | Iâ€™m just kidding |

Another time, Madison randomly asked a victim, "You got any stray cats In ur area?", demonstrating that his use of cruelty to animals was not limited to the example in the stipulation of facts relating to Minor Victim 3 and Minor Victim 7.

### F. Madison's Particularly Cruel Conduct Towards Minor Victim 8, Including Relentlessly Encouraging Her to Commit Public Suicide

Madison frequently exploited Minor Victim 8, who was 13 years old. In addition to the exploitation and threats set forth in the stipulated facts, Madison engaged in the following additional violent and staggeringly disturbing conduct towards Minor Victim 8.

On January 3, 2025, Madison threatened Minor Victim 8:

| Sender | Message |
|---|---|
| Madison | U r going 2 die [Minor Victim 8's name] |
| Madison | I promise |
| Minor Victim 8 | why |

| Sender | Message |
|---|---|
| Minor Victim 8 | i did what i could |
| Madison | I will see u soon |
| Minor Victim 8 | why |
| Madison | lol |
| Minor Victim 8 | tell me why |
| Madison | Because I hate u |
| Madison | I have no love for u or anybody |
| Minor Victim 8 | but why me |
| Madison | Fuck u slut |
| Minor Victim 8 | why me |
| Madison | Lmaoooo |

On January 6, 2025, Madison continued to threaten Minor Victim 8, including threatening to expose his exploitation of her younger sister, who was only 7 years old:

| Sender | Message |
|---|---|
| Madison | Itâ€™s about 2 get a whole lot worse [Minor Victim 8's name] |
| Minor Victim 8 | im scared but my parents know |
| Minor Victim 8 | thata all rhat matters |
| Madison | They have not seen |
| Madison | Imagine how they will react once [younger sister's name] has been involved |
| Madison | Just imagine |
| Minor Victim 8 | they were talking about |
| Minor Victim 8 | It |
| Minor Victim 8 | u didn't hear them? |
| Madison | Ok so I will send them the videos and picture |
| Madison | ðŸ–¤ |
| Madison | I will send the picture of [younger sister's name] first |
| Minor Victim 8 | just stop |
| Madison | Nope |
| Minor Victim 8 | stop bro |

| Sender | Message |
|---|---|
| Minor Victim 8 | stopstop |
| Minor Victim 8 | stopstop |
| Minor Victim 8 | stop |
| Madison | Iâ€™m going 2 break ur dad |

In a discussion with another user on January 26, 2025, Madison described getting Minor Victim 8 to cut signs in her little sister's body for Madison's later use to extort Minor Victim 8:

| Sender | Message |
|---|---|
| Madison | It doesnâ€™t matter the girls dumb as a box of rocks |
| Madison | Sheâ€™s black asf |
| Other user | LMFOAOA |
| Madison | Just need this esex session so I can cook her if need be |
| | |
| Other user | wut u gonna do to her |
| Madison | Eh just a sign |
| Madison | Nothing crazy sheâ€™s a kid |
| Madison | Just for shock tbh |
| Madison | Wanna get 1 with me |
| Other user | sure idgaf |
| Other user | does a 7yr old know how to cut- |
| Other user | u |
| Other user | clippinmg |
| Other user | right |
| Madison | **No the sister will do it for her** |
| | |
| Madison | Chill doing it for the sister bro |
| Other user | so the sister is 7 |
| Other user | and u talk to her |
| Other user | or am islow |
| Madison | **No but Iâ€™m going 2 use this info on her 2 get 2 the sister** |

Madison and the other user then explicitly discussed Minor Victim 8's streaming video of herself engaging in sex acts, including Madison stating, "Sheâ€™s gonna squirt watch. Iâ€™ll make her squirt".

On February 1, 2025, Madison explicitly threatened Minor Victim 8 with the exposure of her sister:

| Sender | Message |
|---|---|
| Madison | Because [sister's name] will definitely be targeted as well |
| Madison | Along with ur mother |
| Madison | lol do u want me 2 find [sister's name] school? |

On February 2, 2025, Madison threatened direct physical harm to Minor Victim 8:

| Sender | Message |
|---|---|
| Madison | I am going 2 come 2 u |
| Madison | Believe me |
| Madison | Iâ€™m gonna stomp ur face off |
| Madsion | Iâ€™m gonna fuck ur ugly ass face up |

As referenced in the stipulated facts, on February 2, 2025, Madison sent messages to Minor Victim 8 telling her to take pills to commit suicide. That was not the first time Madsion tried to get Minor Victim 8 to kill herself. Madison had previously convinced Minor Victim 8 to commit suicide on a live video group chat, referred to as a "suicide stage." During the group chat, on December 24, 2024, Madison and the other Discord users communicated directly with Minor Victim 8, demanding that she kill herself and providing her with various methods to accomplish her suicide. All so they could watch. After ten excruciating minutes of pressure, encouragement, and insults, Minor Victim 8 backed out of the plan, as Madison and the other users expressed (to

each other and Minor Victim 8) their frustration and disappointment. The relevant excerpts from the chat are here:

| Sender | Message |
|---|---|
| Madison | Add the rest of S4M |
| Minor Victim 8 | ok |
| user_...6c | how is she killing herself? |
| Madison | Hang |
| user_6c | does she have rope? |
| Minor Victim 8 | no |
| User …rex | how then |
| User …rex | wire? |
| Madison | What do you have |
| user_...6c | how are you gonna hang yourself with no rope? |
| Madison | what do u have |
| Minor Victim 8 | i was gonna do it w a belt but i don't think it will work |
| Minor Victim 8 | so i dont know |
| Madison | R u serious? |
| Minor Victim 8 | throat [Throat is Madison's nickname] |
| Madison | Lmao grab bleach |
| Minor Victim 8 | you made me so upset |
| User…rex | have you got a power cord |
| Minor Victim 8 | i was gonna do anything |
| Madison | grab bleach |
| Minor Victim 8 | i already told you i have no bleach |
| User…rex | fuck bleach g |
| Madison | Grab cleaning product |
| User…rex | get a power cord |
| Minor Victim 8 | idk whatbthat is |
| Madison | Itâ€™s going 2 snap? |
| User…rex | is she fat |
| Minor Victim 8 | not that big lol |
| Minor Victim 8 | im 110 pounds |
| Madison | Bro sheâ€™s big enough to fucking snap a power cord |

| Sender | Message |
|---|---|
| Minor Victim 8 | shit is not going to snap |
| User…rex | icl i belt could work |
| Minor Victim 8 | 110 pounds x |
| Madison | Where would u tie it? |
| Minor Victim 8 | my throat?? |
| Minor Victim 8 | where else |
| User…rex | he means on what |
| Minor Victim 8 | oh |
| Minor Victim 8 | honestly im not sure |
| Minor Victim 8 | i was gonna donit |
| Minor Victim 8 | inmy closet |
| User…rex | this is so scuffed |
| User…6c | do you have a tree in your yard? |
| Minor Victim 8 | so i could hide from my little sister |
| User…6c | ik |
| User…rex | [Minor Victim 8] jump out a window head first atp |
| Minor Victim 8 | nuh uh |
| User…6c | fuck your little sister |
| Madison | Sheâ€™s in a local community someone would rush and stop her |
| Minor Victim 8 | i js cant die here |
| Minor Victim 8 | maybe if i was somewhere else |
| Minor Victim 8 | but the time n place is wronf |
| Uer…rex | fuck me throat how have you not already planned this |
| Madison | Well then I will be sending everything 2 ur mom |
| Minor Victim 8 | Bro / stop / i cant kms / what more do u want / i'll cut |
| Madison | Grab your sister |
| Minor Victim 8 | js pls stop |
| Minor Victim 8 | dont |
| Minor Victim 8 | i'll cut bro js stop |
| User…6c | then what was the point of this gc |
| User…rex | i didnt know he was about this life |
| User…6c | if she isnt gonna kill herself |

| Sender | Message |
|---|---|
| User…6c | you are going to be taking your own life |
| Madison | Because the bitch did a 180 as soon as I added u all |
| Minor Victim 8 | i'll cut js dont send anything |
| Minor Victim 8 | a 180 how? |
| User…6c | lmfaoo |
| Minor Victim 8 | YOU told me you would stop |
| User…rex | gng joined and it was wraps |
| Minor Victim 8 | i told you i was gonna kms |
| Uer…rex | ay stop yapping |
| Madison | Ong |
| Minor Victim 8 | k |
| User…rex | have you got a gun suki |
| Minor Victim 8 | no lol its w my dad |
| Madison | No she has nothing they are all dirt fucking poor because they are niggers |
| User…rex | do you live by train tracks |
| Minor Victim 8 | sure |
| Madison | And [Minor Victim 8's first name] u stupid fucking nigger |
| Minor Victim 8 | no |
| Uer…rex | fuck that ur killing ur self |
| Madison | **I am going 2 end ur life myself if you donâ€™t fucking do it** |
| Minor Victim 8 | come down here and fucking do it then |
| Minor Victim 8 | throat please come to [Minor Victim 8's hometown] |
| Madison | Letâ€™s swat her grandma rnn |
| User…rex | throat you letting that slide g? |
| Madison | And then Iâ€™ll send nudes 2 her mom |
| Minor Victim 8 | throat |
| Uer…6c | send me the info |
| Minor Victim 8 | come to [Minor Victim 8's hometown] |
| Minor Victim 8 | and kill me |
| Madison | Igu |
| Minor Victim 8 | throat stop bro |
| User…6c | send it here in the gc |

| Sender | Message |
|---|---|
| User…6c | so she knows your not joking |
| Minor Victim 8 | just kill me yourself |
| User…rex | niggas grandmas getting swatted |
| Madison | Iâ€™ll send the whole dox |
| Minor Victim 8 | im not fucking joking bro |
| Minor Victim 8 | i just want you to stop |

### G. Additional Disturbing Files on Madison's Devices

In addition to the videos and images referenced in the stipulated facts, the defendant's phone, computer, and iCloud account contained additional files of exploitation, gore, and other disturbing content.[9] The videos include known victims masturbating their exposed genitals, videos of the defendant instructing victims to expose themselves and masturbate, videos of one or more minors ingesting unknown pills, and compilation videos depicting cutting, blood, gore, violence and the defendant's name "Leo" written in blood. Other videos depict victims engaging in self-harm through cutting and using a cigarette to burn skin.

A sampling of some of the content is below.

[9] The government will present many of the videos and images discussed in the memorandum at the sentencing hearing on June 16, 2026. The government anticipates that the presentation will last between 30 and 45 minutes.

One video in particular reflects Madison's disturbing pattern of causing others to engage in hateful, racist, activity. In the video, Madison caused a young girl (believed to be the little sister of Minor Victim 8) to hold up a sign that read, "Leo hates niggers." A screenshot of the video is below.

The government is also aware of another video that Madison made where he caused his younger brother, who is mixed race, to hold up a sign with a racist threat. The video was found by a family member on Madison's phone and subsequently deleted.

### H. Madison Bragged About Exploiting Minors and Assisting Suicide Attempts

As discussed above, Madison's was proud of his participation in 764 and the harm he was intentionally causing minors. Madison even bragged to one of his friends, who was not a member of 764. Madison told this friend that he caused girls to cut themselves, and that he would "make them draw demonic symbols on the walls or cut their, like, his name into their arms." Madison also bragged about his efforts to cause girls to attempt suicide: "Well, if there was a female who decided they didn't want to live anymore and needed some encouragement to do it, he would tell them that he's there to help her with it." Madison showed his friend video montages that Madison had created that depicted victims cutting themselves, and also depicted "demonic symbols, blood on the walls, flashing lights, nudity." Madison *proudly* told the friend that he believed one of the girls in the video had committed suicide. Madison explained that the girl had been caught cutting herself by her parents, and that her parents wanted to put her in a psychiatric facility. When she said this to Madison, he told her that he could help her commit suicide to avoid the commitment. Madison never heard from the girl again and suspected that she committed suicide.

### I. Madison's Recorded Jail Calls Reflect His Lack of Remorse and Dangerousness

Madison's dangerousness and complete lack of remorse is demonstrated through his post arrest phone calls. One of the first calls Madison made was to Minor Victim 8 on November 9, 2025. He then spoke to Minor Victim 8 on at least 9 separate calls between November 9, 2025 and January 16, 2026. During the calls, Madison told Minor Victim 8 that he missed her; encouraged her be untruthful to law enforcement (November 9th: "I said, when they come and try

and talk to you, what you gonna do, you going to hold your ground?"), told her to get in touch with Discord User2 to tell him that Madison did not tell the investigators about him (November 9th: "tell him, they asked about him but I ain't say nothing about it. Tell him he's good, tell him he needs to get everything off, off his stuff but…like tell him he needs to get everything off, like I cant really say too much…"); he bragged that he "went viral" and that Minor Victim 8 should search Madison's name (November 16th), Madison discussed 764 with Minor Victim 8, and Madison told Minor Victim 8 to search "09A" (January 16, 2026).

Madison also spoke to Discord User2 on recorded jail calls. At first, Madison instructed a family member to contact Discord User2 and to demand payment to Madison's commissary account in exchange for Madison's silence. Madison then used a family member to make three-way calls with Discord User2 from jail. During one call with Discord User2, Madison assured Discord User2 that Madison did not incriminate him to the FBI, and followed up with: "You should be good as long as I don't say nothing," and "if you get grabbed up, just don't speak." Discord User2 then agreed to send money to Madison. Madison told Discord User2, "I aint gonna say nothing," and Discord User2 promised to send Madison $500 monthly.

Throughout the defendant's recorded calls with his family, the defendant demonstrated that he has no remorse for his conduct, and remains a significant danger to the public. For example, when a family member explained to Madison that he victimized vulnerable minors, he repeatedly referred to them as "bitches," who were not in need of saving. On one call, when Madison was told that a teenage male committed suicide after being extorted, Madison said that he was aware of the incident, and said, simply, "There was a boy who killed himself. He never should have showed his dick."

On the same call on February 23, 2026, the defendant directly discussed the lead FBI agent

in this case. Madison said, "I can't stand the FBI, they are fucking annoying." Madison said that the agent was investigating him for purely personal reasons, and the other party told him that the agent was just "trying to take down people in this group. This group is very dangerous." Madison responded, "This bitch ain't trying to do shit. This bitch isn't trying to do fucking shit. This bitch gets her rocks off by locking people up because she thinks she's some type of bad ass. And this bitch is going to get her fucking head blown off one day by somebody."[10]

Madison's lack of remorse underscores the fact that but for the work of the FBI in this case, Madison's sadistic abuse and exploitation of multiple minors would have continued and still be ongoing – dozens more young girls would have suffered at his hands.

## II. Penalties and Sentencing Guidelines Calculation

### A. Maximum Penalties:

Sexual Exploitation of a Minor (Count One) carries a mandatory minimum term of imprisonment of 15 years and a maximum sentence of 30 years; Cyberstalking (Count Eight) carries a maximum sentence of 10 years, resulting in total potential statutory exposure of 40 years in prison, followed by five years to lifetime supervised release on each count, a $250,000 fine, a $100 special assessment per count (for a total of $200), an additional $5,000 special assessment to the extent the defendant is non-indigent, and an additional assessment of up to $50,000.

### B. Criminal History

Despite his age, the defendant has six criminal history points. PSR, ¶ 186. Of particular import, the defendant was committed to the Maryland Department of Juvenile Services in 2022 for conduct strikingly similar to the instant offense. PSR, ¶ 184 (sexually abusing the family dog

[10] Throughout the call, Madison acknowledged that the calls were being recorded and listened to by the government: "They can listen to these calls and use this shit in court. I don't even give a fuck anymore. They can give me life, 50, 60, 70, 80. I don't give a fuck. 35, 40, shit don't matter." There is no doubt that Madison intended the statements about the FBI agent as a direct threat.

and posting a video of the abuse, possession child pornography including images of prepubescent minors engaging in sex acts with adults, significant involvement with "764," and prior visits by the FBI relating to the defendant's online sextortion of a minor female in Australia). The defendant was released from that commitment in December 2023 and was exploiting Minor Victim 1 and other minors less than a year later.

### C. <u>Guidelines Calculation:</u>

The PSR reflects that the defendant's extensive exploitation and torture of minors that make up the instant offenses and additional conduct results in fourteen separate groups that compute to an offense score of 47,[11] before any reductions. PSR ⁋ 177. Although this case presents one of "those rare instances where the total offense level is calculated in excess of 43" (and deservedly so), because the guidelines cap out at 43, the defendant's conduct should be treated as a level 43. PSR ⁋ 180. This would result in a guideline sentence of life if any of the counts of conviction carried a life sentence. Instead, the guideline term of imprisonment is 480 months, or 40 years. PSR ⁋ 227.

## II. The 18 U.S.C. § 3553(a) FACTORS SUPPORT A 35 YEAR SENTENCE

The nature and circumstances of this offense are truly disturbing and strongly weigh in favor of a very lengthy sentence. Erik Madison is a remorseless defendant who did unspeakably sadistic things to children in the name of one of the most vile and violent networks on the Internet. The conduct he caused and the images and videos that he prized accurately reflect the nature and seriousness of the offense.

---

[11] The plea agreement anticipated an offense level of 45 prior to acceptance of responsibility. The PSR included additional levels in groups Three, Five, Six, and Twelve, resulting in an offense level of 49 prior to acceptance. The government asks the Court to follow the guidelines calculation as set forth in the plea agreement. Regardless, the government agrees with final offense level of 43, as determined by the PSR.

In this case, the Court is afforded an unusually high degree of insight into the nature and circumstances of the defendant's offenses and the history and characteristics of the defendant. The Court can actually see in the defendant's messages his callous, despicable treatment of minors. The defendant's sense of self-worth is based on his notoriety in sadistically exploiting children *and* creating opportunities for others to do the same. Put simply, the defendant enjoys torturing and damaging vulnerable minors.

With the advent of technology, the historic distinction of "hands on" predators has eroded and people like the defendant—who reach out and persuade, coerce, and extort children into abusing themselves— are in many ways worse. An online offender is harder to catch and can exploit and harm multiple children at once, regardless of their proximity. And the defendant's online conduct *did* result in physical abuse. He caused victims to cut themselves in horrific ways, to expose themselves, and to sexually molest themselves. And he recorded that abuse. Additionally, not only did the defendant threaten to come to the homes of many of the victims to harm them and their families, the defendant did travel to Minor Victim 1's house where he engaged in sex acts with her (that he recorded), knowing she was a minor and knowing she was particularly vulnerable. In any event, the distinction between in-person offenders and online predators is beside the point. The harm suffered by each victim is the same.

The defendant also prided himself on staying one step ahead of law enforcement to avoid getting caught and to perpetuate, and participate in, cycles of vicious abuse. PSR, ¶ 14 (Madison was aware of law enforcement's investigations into his conduct and discussed deleting devices and changing accounts to avoid detection); (*See also* above chats where the defendant and other Discord users discuss hunting and doxing "feds," and even choosing a victim to commit suicide who was not already known by the investigators). The defendant also avoided being caught by

threatening the victims with exposure and death if they reported him to law enforcement. PSR, ¶ 14 ("If u ever give anyone info on me I will k u." "I really do mean it", "If u ever betray me I am going 2 kill you and everybody in ur household."); PSR, ¶ 18 (Defendant said he was going to Minor Victim 1's house with a gun because he did not want to go to jail and did now want "the feds involved.")

As the Court contemplates the nature and circumstances of the offense under 18 U.S.C. 3553(a), this rises to the level (or drops into the abyss) of the most depraved criminal conduct. It is only matched by the substantial and long-lasting devastating impact that his choices will have on the victims, requiring just punishment.

The defendant exploited, tortured, and terrorized many vulnerable minor girls for his own deviant gratification. And worse, he recorded it, used it, shared it, and encouraged others to do the same. The defendant did this repeatedly and without remorse. A fair review of all of these sources demonstrates with stark clarity that the defendant must be sentenced to a significant prison term.

The sentence imposed must also afford adequate deterrence to criminal conduct of this nature and protect the public from further crimes of the defendant. It is clear from the nature and circumstances of the defendant's offenses that the defendant was obsessively focused on fueling his sadistic fantasies by serially sexually and physically harming vulnerable girls. The defendant is a danger to the community who does not recognize the gravity of his conduct and therefore needs to be deterred through the Court's sentence.

And the defendant is not the only one to be deterred. In cases involving sexual violence against minor children, there is a critical need for general deterrence for would be copycats. Madison's sadistic conduct is a new breed of crime. Crimes that are being driven by a violent ideology coming from belonging to groups like 764. Showing loyalty to the group means

committing the crimes committed by the defendant. The Court should send a strong message to this growing network of extremists that there will be severe consequences for terrorizing children.

The defendant's history and characteristics, too, support the government's requested sentence. By his own admission, the defendant is on "OG" member of 764 and NVE's and has been proudly participating extremist groups *for 8 years*. His claims are corroborated by his criminal history, as set forth in the PSR. The defendant was arrested in 2020, 2021, and twice in 2022. His arrests and subsequent commitment in 2022 demonstrate his years long affiliation with 764, including cruelty to animals, bestiality, hard core child pornography, and online sextortion of minor females. In terms of history and characteristics of the defendant, the Court should bear in mind defendant's enthusiastic, rapidly escalating, and aggressive participation in the exploitation of vulnerable minors.

The 18 U.S.C. § 3553(a) factors amply support, if not dictate, that Madison receive a thirty-five-year sentence.

## III. THE DEFENDANT'S CRIMES WILL HAVE A LIFE-LONG NEGATIVE IMPACT ON THE VICTIMS AND THEIR FAMILIES

As the Court certainly understands, this has been a difficult journey for the victims and their families.[12] The impact on each of the victims in this case has been severe and will continue for the rest of their lives. The families have all conveyed the significant impact of the defendant's conduct on their daughters and their families.

Not the least of the impact on the victims is the physical scarring the defendant caused them by coercing them to slice their bodies for his sadistic enjoyment. Their scars – on their legs, faces, and stomachs – will forever be their reminders of the defendant's degradation of them at the

[12] The government expects some of the minor victims and their families to submit written statements prior to sentencing, and they may also address the Court at the appropriate time during the hearing.

lowest points of their lives.

Equally permanent will be the mental scars that these young girls will endure as a result of the defendant's manipulation, coercion, threats, and abuse. The victims all suffer from various forms of anxiety and depression, and nearly all have been hospitalized for suicidal ideation, some multiple times.

Similarly, the effects of the defendant's crimes on the families of the victims have been devastating. As parents, they have suffered along with their daughters. At first, not knowing what was causing their daughters' distress, and later, learning the full extent of the victimization – that that their daughters had been coerced to cut and sexually exploit themselves for the sadistic and sexual gratification of the defendant and his friends. Their anguish was exacerbated when they learned that their daughters were manipulated in part by threats against the parents themselves. They continue to live in fear that the defendant and his friends will find them continue to terrorize their daughters, and that they will learn where they live and "dox," or "swat" the families.

The government urges this Court to recognize this extensive impact on the victims and their families when determining the sentence of the defendant.

## IV. CONCLUSION

For all of these reasons, the United States requests that this Court should sentence the defendant to 35 years' imprisonment, followed by lifetime supervised release.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: ______________________
Paul E. Budlow
Assistant United States Attorney