**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO:   MJM-25-0364 |
| ERIK LEE MADISON | |

**GOVERNMENT'S SUPPLEMENTAL SUBMISSION OF**
**VICTIM IMPACT STATEMENTS**

The United States of America, by counsel, respectfully submits the attached victim impact statements for the above-referenced matter.   The victim impact statements are attached as Exhibit 1 to this supplemental submission.   Pursuant to Federal Rule of Criminal Procedure 32 (d)(2)(B), we request that this victim impact statement be attached to the Pre-Sentence Investigative Report.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Paul E. Budlow
Assistant United States Attorney